UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANDY ODEAN DANIELS,<br><br>          Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL, Warden,<br><br>          Respondent. | No. CV 10-4276-DOC (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 6, 2011

                                      HONORABLE DAVID O. CARTER
                                      UNITED STATES DISTRICT JUDGE